```
           FILED              RECEIVED
___        ENTERED       ___  SERVED ON
                              COUNSEL/PARTIES OF RECORD

           APR 17 2014

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
      BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-00347-KJD-CWH |
| HENRI WETSELAAR, M.D., et al., ) | |
| Defendant. ) | ORDER |

On April 17, 2014, the Court granted Defense counsel Kathleen Bliss's [#143] and [#144] Motion to Withdraw as Attorney of record.

Accordingly, IT IS HEREBY ORDERED that Jonathan L. Powell, is APPOINTED as counsel for David A. Litwin for all future proceedings.

Ms. Bliss shall forward the file to Mr. Powell forthwith.

DATED this 17 day of April, 2014.
Nunc Pro Tunc April 15, 2014.

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE