UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>VS.<br><br>HENRI WETSELAAR, M.D. ET AL,<br><br>         Defendants, | 2:11-cr-00347-KJD-CWH<br><br>MINUTES OF THE COURT<br><br>Dated: March 21, 2017 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

| | |
|---|---|
| DEPUTY CLERK: | DENISE SAAVEDRA |
| COURT REPORTER: | KATHERINE EISMANN |
| PRESENT FOR PLAINTIFF: | CRISTINA SILVA, ANDREW DUNCAN, USA |
| PRESENT FOR DEFENDANT: | JEFFREY SETNESS, JONATHAN POWELL, AND THOMAS MICHAELIDES |

JURY TRIAL - DAY 34

Proceedings begin at 9:01 a.m.   Defendants are present. Kendra Munoz is present as case agent.

Outside the presence of the jury, Mr. Powell makes oral Motion to continue closing arguments, Oral Response to Government's opposition to Motion for Joinder, and renews Motion for Mistrial.  Accordingly, as stated on the record the The Court Denies Motion to continue closing arguments. Further, the Court finds that Motion for mistrial [446], and [450] based upon the documents that are at issue, that is the complaint to the Nevada Sate Board of Pharmacy, is Denied.

Jurors are present at 9:20 a.m.

**Clarissa Chapa** is sworn to testify as a rebuttal witness for the Government. Ms. Silva examines the witness. Ms. Silva passes the witness for cross examination. Mr. Powell, and Mr. Michaelides cross examine the witness. After further examination by Ms. Silva, and Mr. Powell, the witness is excused.

USA vs. HENRI WETSELAAR, M.D. ET AL,
2:11-CR-00347-KJD-CWH
March 21, 2017
Page two

---

Government rests.

Proceedings recess from 10:12 a.m. - 10:31 a.m.

Jury Instructions are read into the record.

Proceedings recess at 11:22 a.m. to 11:42 a.m.

Mr. Duncan presents closing argument's for Government.

Proceedings recess at 12:59 p.m. - 2:00 p.m.

Mr. Setness presents Defendant Wetselaar's closing statement.

Mr. Michaelides presents Defendant Smith's closing statement.

Proceedings recess at 4:00 p.m. - 4:10 p.m.

Mr. Powell presents Defendant Litwin's closing statement.

Government will present rebuttal argument beginning at 9:00 a.m.

Jurors are admonished at 6:08 p.m.

**IT IS ORDERED that the jury trial is continued to Wednesday, March 22, 2017 at 9:00 A.M.**


**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**


/s/ Denise Saavedra
DEPUTY CLERK