UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DAVID LITWIN,

          Defendant.

CASE NO. 2:11-cr-00347-KJD-CWH

**ORDER TO CONTINUE SENTENCING**

**FINDINGS OF FACT**

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant LITWIN needs additional time to prepare for sentencing. This includes gathering additional letters for sentencing. Many of the individuals that would submit letters are low income individuals that do not have access to emails and may have moved. Defendant LITWIN needs additional time to contact these individuals for them to provide information for sentencing. In addition, additional time is needed to gather information related to the health of his wife.
2. The Government has no objection to the requested continuance.
3. Defendant has no objection to a continuance of this matter. Defendant is in custody.

///

///

///

///

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice.
2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.
3. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

## ORDER

IT IS ORDERED that the currently scheduled Sentencing Date be continued.

IT IS FURTHER ORDERED that the Sentencing Date in this matter be scheduled for the  5th   day September , 2017 at 9:00 a.m. in courtroom 4A.

**DATED** this  28th  day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE