# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID LITWIN,

    Defendant.

Case No.: 2:11-cr-00347-KJD-CWH

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the United States is scheduled to commence a short trial on September 5, 2017 before the Honorable Larry Hicks (*United States v. Mendoza*, 16-cr-324). Consequently, counsel for the United States will be occupied with trial on the current sentencing date.

2. Counsel the Defendant has no objection to a continuance.

3. The defendant is in custody but he does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government will be occupied with trial during the currently sentencing date. Should the Defendant elect to file a sentencing memorandum, the Government will need additional time to file a response. Likewise, the Defendant may need additional time to file a response to the Government's sentencing memorandum.

For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

## ORDER

IT IS FURTHER ORDERED that defendant's sentencing currently scheduled for September 5, 2017 at 9:00 am be vacated and continued to  Tuesday, September 12, 2017 at 9:00 a.m.        .

DATED this 29th day of August, 2017.

_____
HONORABLE KENT J. DAWSON
United States District Court Judge