# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-347-KJD-(CWH) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Substitution and Forfeiture Order |
| DAVID A. LITWIN, | ) | |
| Defendant. | ) | |

This Court, having read and considered the United States' Motion to Substitute and to Forfeit Property of David A. Litwin, and good cause appearing, finds the assets described below are owned by David A. Litwin.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(e), the Court retains jurisdiction to amend the order of forfeiture at any time to include forfeitable property or substitute property.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(e)(1)(B), the $99,900 from 24/7 Vaults; and the 53 1oz gold coins from the 24/7 Vaults are substitute property that qualifies for forfeiture under Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c).

This Court finds, pursuant to Title 21, United States Code, Section 853(p), the illegal proceeds of David A. Litwin's crime (a) cannot be located upon law enforcement's exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; and (c) have been substantially diminished in value.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following assets are substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e)(1)(B) and (2) and 21 U.S.C. § 853(p):

1. $99,900 in cash claimed from 24/7 Vaults; and
2. 53 1oz gold coins from the 24/7 Vaults

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of David A. Litwin in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of

the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 13th day of July, 2018.

_____
UNITED STATES DISTRICT COURT