LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Law Office of Lisa Rasmussen
601 South Tenth St., Suite 100
Las Vegas, NV 89101
Las Vegas, NV 89101
(702) 471-1436 | fax (702) 489-6619

Attorneys for David Litwin

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LITWIN,<br><br>Defendant. | Case No.: 2:11-cr-347 KJD (CWH)<br><br>**ORDER UNSEALING TRANSCRIPTS AND DOCUMENT** |

Upon the Motion of Defendant David Litwin, and good cause appearing,

IT IS HEREBY ORDERED the following transcripts which contained sealed portions shall be unsealed in order to permit the court reporter to prepare transcripts of the following hearings and their sealed portions:

      3/19/13      ECF 58      FTR   Motion Hearing

      4/29/13     ECF 87`     FTR   Motion Hearing

      4/17/14     ECF 149    FTR   Motion Hearing

| | | | |
|---|---|---|---|
| 4/17/14 | ECF 150 | FTR | Motion Hearing |
| 10/7/15 | ECF 175 | FTR | Motion Hearing |

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portions of the hearings identified herein and provide a copy of the sealed portions to defense counsel.

IT IS FURTHER ORDERED that the transcript portions identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

IT IS FURTHER ORDERED that the following document, which was filed under seal, shall be provided to defense counsel, under seal:

ECF 563, filed on 10/26/17. Sealed Motion to Substitute Forfeiture Assets.

Dated: 4/22/2019

The Honorable Kent J. Dawson
United States District Judge