**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

                      Plaintiff - Appellee,

vs.

DAVID A LITWIN

                      Defendant - Appellant

District No.    2:11-cr-00347-KJD-CWH-2

U.S.C.A. No.   **17-10429; 18-10322; 18-10279; 19-10007**

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on   8/27/2020   , issued its judgment VACATING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises,  NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED   Video Status hearing set for Tuesday, November 24, 2020 at 10:00 a.m. before the Honorable Kent J. Dawson in courtroom 4A.

Dated this  22th   day of   October   , 2020.

_____
Kent J. Dawson

United States District Judge