**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID A. LITWIN,<br><br>　　　　　Defendant. | 2:11-cr-00347-KJD-VCF<br><br>**ORDER DIRECTING DEFENDANT DAVID A. LITWIN TO REPORT TO PRETRIAL SERVICES** |

　　　　Before the Court is David Litwin's Emergency Motion for Pre-Trial Release Pending Retrial/Motion to Reopen Detention (ECF No. 763).

　　　　No timely response having been filed as required in this court's order entered on November 5, 2020. (ECF No. 773).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that, upon release from FCI Terminal Island by the Bureau of Prison ("BOP"), Defendant David A Litwin must travel to Las Vegas using the airline ticket provided by BOP.

　　　　IT IS FURTHER ORDERED that immediately upon his arrival in Las Vegas, but in any event not later than noon, Wednesday, November 11, 2020, Defendant David A. Litwin must report to District of Nevada Pretrial Services Office, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

　　　　DATED this 6th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE