# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DAVID LITWIN,<br><br>　　　　Defendant(s). | 2:11-CR-00347-KJD-VCF<br><br>**ORDER** |

Before the Court is the motion for an order permitting counsel for David Litwin to take possession of the Wetselaar patient files (ECF NO. 790). No opposition has been filed and the time to file an opposition has passed. LRC 12-1a(2).

Accordingly,

IT IS HEREBY ORDERED that the motion for an order permitting counsel for David Litwin to take possession of the Wetselaar patient files (ECF NO. 790), is GRANTED.

IT IS FURTHER ORDERED that counsel for defendant Litwin must prepare the appropriate draft order regarding possession of the patient files of Henri Wetselaar.

IT IS FURTHER ORDERED that the proposed order, with approval as to form and content signed by counsel for the government and counsel for the Medical Board must be filed on or before October 28, 2022.

DATED this 7th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE