**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

DAVID LITWIN,

        Defendant(s).

2:11-cr-00347-KJD-VCF

**ORDER**

Before the Court is *United States of America v. David Litwin*, case no. 2:11-cr-00347-KJD-VCF.

On October 7, 2022, the court entered an order permitting counsel for David Litwin to take possession of the Wetselaar patient files. Counsel was ordered to prepare the appropriate draft order. To date, no draft order has been filed. (ECF NO. 792).

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing is scheduled for 10:00 AM, November 21, 2022, in Courtroom 3D.

DATED this 7th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE