LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Law Office of Lisa Rasmussen
601 South Tenth St., Suite 100
Las Vegas, NV 89101
Las Vegas, NV 89101
(702) 471-1436 | fax (702) 489-6619
Lisa@LRasmussenLaw.com

Attorneys for David Litwin

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LITWIN,<br><br>Defendant. | Case No.: 2:11-cr-00347 KJD (VCF)<br><br>[PROPOSED] ORDER PERMITTING COUNSEL FOR DEFENDANT LITWIN TO TAKE POSSESSION OF MEDICAL RECORDS OF HENRI WETSELAAR |

Upon the motion of defendant David Litwin seeking leave of Court to permit defendant Litwin's counsel to take possession of deceased defendant Henri Wetslaar's patient files from the Nevada State Board of Medical Examiners (ECF No. 790), and upon the Court's granting of said motion (ECF No. 792), good cause appearing,

IT IS HEREBY ORDERED that the Nevada State Board of Medical Examiners shall transfer possession of Henri Wetselaar's patient files from the years 2008 through 2013—if there are any such records in the possession of said entity—

1

to attorney Lisa Rasmussen.

IT IS FURTHER ORDERED that the records shall be maintained by Ms. Rasmussen until she has further determined that they are no longer necessary for the above-entitled litigation.

IT IS FURTHER ORDERED that the records obtained by Ms. Rasmussen shall not be released to anyone other than parties to this litigation or their agents, and shall be treated as confidential and protected. If any of the records are to be filed in this litigation, they shall be filed under seal. pursuant to applicable local rules. LR IA 10-5.

IT IS FURTHER ORDERED that Ms. Rasmussen shall notify this Court and the Nevada State Board of Medical Examiners within 30 days of her determination that the medical records are no longer necessary for the above-entitled litigation.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___December 7, 2022_____

Approved as to form and content by:

November 21, 2022
Jason M. Frierson
United States Attorney
District of Nevada

___/s/ Peter S. Levitt___
AUSA Peter Levitt
*Counsel for Plaintiff, USA*

December 5, 2022
Nevada State Board of Medical Examiners

_____
Edward O. Cousineau, Esq.
NV Bar No. 5923
*Executive Director,*
*Nevada State Board of Medical Examiners*

2