JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
nadia.ahmed2@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00347-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING DEADLINES** |
| vs. | **(ECF No. 799)** |
| DAVID A. LITWIN, | |
| Defendant. | |

The undersigned parties respectfully submit the following Stipulation for the Court's consideration.

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the government and undersigned counsel for the defendant, David A. **LITWIN**, that the deadline for the government's response to Defendant's Motion to Dismiss Indictment and Alternatively for Production of Grand Jury Instructions, currently set for June 9, 2023, be continued to **June 16, 2023**.

This Stipulation is entered into for the following reasons:

1. Due to a previously set deadline, counsel for the government has been working on briefing in another district court case for which the filing deadline was this week.

2. As a result, government counsel needs additional time to review the Motion and prepare the response.

3. The parties are in the process of discussing resolution of the matter which could obviate the need for the government's response.

**WHEREFORE**, the parties respectfully request that the Court accept the parties' Stipulation and enter an Order extending the time for the filing of the Government's Response to **June 16, 2023** and allowing the Defendant to file his reply on **June 23, 2023**.

**DATED** this 7th day of June, 2023.

Respectfully submitted,

JASON FRIERSON
United States Attorney

/s/ Nadia Ahmed
_____
NADIA AHMED
Assistant United States Attorneys

*Attorneys for the United States*

/s/ Lisa Rasmussen
_____
LISA RASMUSSEN
Counsel for David LITWIN

**IT IS SO ORDERED** this 8th day of June, 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2