JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
nadia.ahmed2@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>        )<br>        Plaintiff,   )<br>        )<br>    vs.   )<br>        )<br>DAVID A. LITWIN,   )<br>        )<br>        Defendant.   )<br>_____ ) | Case No. 2:11-cr-00347-KJD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Third Request)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the government and undersigned counsel for the defendant, David A. **LITWIN**, that the sentencing hearing currently scheduled for April 9, 2024, at 10:00 am, to a date and time convenient to the Court no earlier than 60 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The parties request additional time to prepare for the sentencing. The defense needs additional time to complete certain relevant medical evaluations. Additionally, the defendant needs additional time to review and revise the draft presentence investigation report and based on the long and unusual history of the case, Mr. Litwin's sentencing memorandum requires more than usual research and preparation time.

2. Mr. Litwin remains on pretrial release and is not opposed to this request to continue his sentencing date.

3. This is the third request to continue the sentencing date and neither party is prejudiced by the requested extension, whereas denial of the request would cause prejudice to both parties.

**WHEREFORE**, the parties respectfully request that the Court accept the parties' Stipulation and enter an Order continuing the sentencing hearing from its current setting of April 9, 2024, at 10:00 am, to a date and time convenient to the court but no earlier than 60 days from the current setting.

**DATED** this 25th day of March, 2024.

Respectfully submitted,

JASON FRIERSON
United States Attorney

/s/ Nadia Ahmed                                             /s/ Lisa Rasmussen
_____                        _____
NADIA AHMED                                              LISA RASMUSSEN
Assistant United States Attorneys                Counsel for David LITWIN

*Attorneys for the United States*

# ORDER

Upon the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the sentencing hearing presently scheduled for April 9, 2024, at 10:00 a.m. is vacated and reset to June 11, 2024, at 9:30 a.m. in courtroom 4A.

**IT IS SO ORDERED** this 27th day of March 2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE