TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-347-KJD-MDC |
| Plaintiff, | **Unopposed Motion to Vacate Forfeiture Hearing** |
| v. | |
| DAVID A. LITWIN, | |
| Defendant. | |

The United States of America hereby requests this Court to vacate the forfeiture hearing currently scheduled for November 18, 2025, ECF No. 946. The Parties have filed their Stipulation between the United States and David A. Litwin, ECF No. 947, and this Court granted the Stipulation, ECF No. 949. The Court entered the Preliminary Order of Forfeiture, ECF No. 950.

Undersigned contacted Claimant's Counsel, Lisa Rasmussen, on November 14, 2025, and she is not opposed to this Motion.

/ / /

/ / /

/ / /

/ / /

Since the parties have come to an agreement regarding the forfeiture, the hearing is no longer needed.

Dated: November 17, 2025.

          Respectfully submitted,

          TODD BLANCHE
          Deputy Attorney General of the United States
          SIGAL CHATTAH
          First Assistant United States Attorney

          */s/ Daniel D. Hollingsworth*
          DANIEL D. HOLLINGSWORTH
          Assistant United States Attorney

IT IS SO ORDERED:

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

DATED:   11/17/2025